# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2008

135682

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE IYANA ELIZABETH BAKER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

MICHELLE ANN GACH,
      Respondent-Appellant.

SC: 135682
COA: 277928
Oakland CC
Family Division: 06-728394-NA

_____/

      On order of the Court, the application for leave to appeal the January 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2008

_____
Clerk

s0205